UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:20-cv-62588-WPD

HOWARD COHAN,

    Plaintiff,

vs.


VP PROPERTIES & DEVELOPMENTS, LLLP,
and FRAMAFO POWER LLC,
d/b/a SUNOCO,

    Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff") and Defendants, VP PROPERTIES & DEVELOPMENTS, LLLP and FRAMAFO POWER LLC, d/b/a SUNOCO ("Defendants"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby give notice that Plaintiff and Defendants ("Parties") have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated:    1/19/2021

                                              BY: *s/ Jason S. Weiss*
                                                   Jason S. Weiss
                                                   Jason@jswlawyer.com
                                                   Florida Bar No. 356890
                                                   **WEISS LAW GROUP, P.A.**
                                                   5531 N. University Drive
                                                   Suite 103
                                                   Coral Springs, FL 33067
                                                   Tel: (954) 573-2800
                                                   Fax: (954) 573-2798

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of January, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record, and sent a copy of same to Defendants via email.

BY: /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890