UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62588-CIV-DIMITROULEAS

HOWARD COHAN,

    Plaintiff,

vs.

VP PROPERTIES & DEVELOPMENTS, LLLP,
and FRAMAFO POWER LLC,
d/b/a SUNOCO,

    Defendants.
_____/

## ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice (the "Notice") [DE 8], filed herein on January 21, 2021. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 8] is hereby **APPROVED**.

2. This case is **DISMISSED WITH PREJUDICE**.

3. The Clerk is directed to **DENY** any pending motions as moot and **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of January, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of Record